ELLISON FOLK (State Bar No. 149232)
AMY J. BRICKER (State Bar No. 227073)
DEBORAH L. KEETH (State Bar No. 233476)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Tel: (415) 552-7272
Fax: (415) 552-5816
folk@smwlaw.com

Attorneys for Plaintiffs
CALIFORNIA CULTURAL
RESOURCES PRESERVATION ALLIANCE, INC.
and SIERRA CLUB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA CULTURAL RESOURCES PRESERVATION ALLIANCE, INC. and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS; LT. GEN. CARL A. STROCK, in his official capacity, Chief of Engineers and Commanding General, U.S. Army Corps of Engineers; BRIG. GEN. JOSEPH SCHROEDEL, in his official capacity, Commander and Division Engineer, South Pacific Division, U.S. Army Corps of Engineers; COL. ALEX DORNSTAUDER, in his official capacity, District Engineer, Los Angeles District, U.S. Army Corps of Engineers; PUEBLO SERRA WORSHIP HOLDINGS; AND PUEBLO SERRA, LLC,<br><br>Defendants. | Civil No. 05 4306 CW<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: December 16, 2005<br>Time: 10:00 a.m. |

| | |
|---|---|
| 1 | KELLY JOHNSON<br>Acting Assistant Attorney General |
| 2 | U.S. Department of Justice<br>Environment and Natural Resources Division |
| 3 | |
| 4 | CAROLINE BLANCO<br>Trial Attorney |
| 5 | U.S. Department of Justice<br>Environment and Natural Resources Division |
| 6 | Natural Resources Section<br>P.O. Box 663 |
| 7 | Ben Franklin Station<br>Washington, D.C. 20044-0663 |
| 8 | Telephone No: (202) 305-0248<br>Facsimile No: (202) 305-0506 |
| 9 | KEVIN V. RYAN (SBN 118321) |
| 10 | United States Attorney<br>JOANN M. SWANSON (SBN 88143) |
| 11 | Chief, Civil Division<br>JAMES A. CODA (SBN 1012669 (WI)) |
| 12 | Assistant United States Attorney<br>Environment & Natural Resources Unit |
| 13 | 450 Golden Gate Avenue, Box 36055 |
| 14 | San Francisco, California 94102<br>Telephone No: (415) 436-6967 |
| 15 | Facsimile No: (415) 436-6748 |
| 16 | Attorneys for Federal Defendants |
| 17 | HANS VAN LIGTEN<br>RUTAN & TUCKER |
| 18 | 611 Anton Blvd., 14th Floor<br>P.O. Box 1950 |
| 19 | Costa Mesa, California 92626-1998<br>Telephone No. (714) 662-4640 |
| 20 | Facsimile No. (714) 546-9035 |
| 21 | Attorneys for Defendants<br>PUEBLO SERRA LLC; PUEBLO SERRA |
| 22 | WORSHIP HOLDINGS INC. |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION TO CONTINUE HEARING
ON MOTION FOR PRELIMINARY
INJUNCTION
Civil No. 05 4306 CW    2

The parties to the above action, by and through their attorneys of record, hereby stipulate as follows:

1. The hearing on plaintiff's motion for a preliminary injunction will be continued from December 2, 2005 to December 16, 2005;

2. No later than November 14, 2005, Defendants Pueblo Serra LLC and Pueblo Serra Worship Holdings will allow plaintiffs' representatives to visit the construction site of the Junipero Serra High School that is the subject of this suit ("the project site") and will provide plaintiffs with a copy of current grading plans for the project site.

Dated: November 10, 2005     SHUTE, MIHALY & WEINBERGER LLP

By: s/ Ellison Folk
ELLISON FOLK
Attorneys for Plaintiffs
CALIFORNIA CULTURAL RESOURCES
PRESERVATION ALLIANCE, INC. and
SIERRA CLUB

Dated: November 10, 2005     RUTAN & TUCKER

By: s/ Hans Van Ligten
HANS VAN LIGTEN
Attorneys for Defendants
PUEBLO SERRA LLC; PUEBLO SERRA WORSHIP
HOLDINGS INC.

Dated: November 10, 2005

s/Caroline M. Blanco
CAROLINE M. BLANCO, Trial Attorney, General
Litigation Section, Environment and Natural Resources
Division, U.S. Department of Justice, Attorneys for
Defendants U.S. ARMY CORPS OF ENGINEERS; LT.
GEN. CARL A. STROCK, BRIG. GEN. JOSEPH
SCHROEDEL, COL. ALEX DORNSTAUDER

[N:\SChin\coda\california cultural resources\ef002 stip JC1.wpd]

Federal Defendants' counsel attests that the wording of this document is acceptable to counsel for the other parties.

STIPULATION TO CONTINUE HEARING
ON MOTION FOR PRELIMINARY
INJUNCTION
Civil No. 05 4306 CW

IT IS SO ORDERED
Judge Claudia Wilken
United States District Court
Northern District of California