ELLISON FOLK (State Bar No. 149232)
AMY J. BRICKER (State Bar No. 227073)
DEBORAH L. KEETH (State Bar No. 233476)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Tel: (415) 552-7272
Fax: (415) 552-5816
folk@smwlaw.com

Attorneys for Plaintiffs
CALIFORNIA CULTURAL
RESOURCES PRESERVATION ALLIANCE, INC.
and SIERRA CLUB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA CULTURAL RESOURCES PRESERVATION ALLIANCE, INC. and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS; LT. GEN. CARL A. STROCK, in his official capacity, Chief of Engineers and Commanding General, U.S. Army Corps of Engineers; BRIG. GEN. JOSEPH SCHROEDEL, in his official capacity, Commander and Division Engineer, South Pacific Division, U.S. Army Corps of Engineers; COL. ALEX DORNSTAUDER, in his official capacity, District Engineer, Los Angeles District, U.S. Army Corps of Engineers; PUEBLO SERRA WORSHIP HOLDINGS; AND PUEBLO SERRA, LLC,<br><br>Defendants. | Civil No. 05 4306 CW<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

# RECITALS

WHEREAS, on or about October 24, 2005, Plaintiffs CALIFORNIA CULTURAL RESOURCES PRESERVATION ALLIANCE, INC. and SIERRA CLUB (collectively "Plaintiffs") filed its Complaint for Declaratory and Injunctive Relief and Petition for Writ of Mandamus against Defendants U.S. ARMY CORPS OF ENGINEERS; LT. GEN. CARL A. STROCK, in his official capacity, Chief of Engineers and Commanding General, U.S. Army Corps of Engineers; BRIG. GEN. JOSEPH SCHROEDEL, in his official capacity, Commander and Division Engineer, South Pacific Division, U.S. Army Corps of Engineers; COL. ALEX DORNSTAUDER, in his official capacity, District Engineer, Los Angeles District, U.S. Army Corps of Engineers (collectively "Federal Defendants"); PUEBLO SERRA WORSHIP HOLDINGS; AND PUEBLO SERRA, LLC (collectively "Defendants Pueblo Serra") alleging violations of the Administrative Procedure Act and National Historic Preservation Act  (Plaintiffs, Federal Defendants, and Defendants Pueblo Serra are hereafter collectively referred to as the "Parties");

WHEREAS, on November 30, 2005, this Court issued an order staying this action until the Federal Defendants, or any of them, have made a final determination on the application from Defendants Pueblo Serra for a permit to fill waters of the United States pursuant to Section 404 of the Clean Water Act, 33 U.S.C. § 1344 ("Permit Application") and setting a case management conference for May 12, 2006;

WHEREAS,  the Federal Defendants are still processing the Permit Application and have not yet made a decision on that Permit Application;

WHEREAS, the Parties believe that until the Federal Defendants make a final determination on the Permit Application, further proceedings in this matter would result in an inefficient use of the Parties' and this Court's judicial resources;

# STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the Parties, by and through their counsel of record, that the Case Management Conference  and related deadlines be continued for a period of 60 days.

//

1  //

2  Dated: April 19, 2006                    SHUTE, MIHALY & WEINBERGER LLP

                                            By: s/ Amy J. Bricker
                                                AMY J. BRICKER
                                            Attorneys for Plaintiffs CALIFORNIA CULTURAL
                                            RESOURCES PRESERVATION ALLIANCE, INC. and
                                            SIERRA CLUB

7  Dated: April 19, 2006                    RUTAN & TUCKER

                                            By:  s/ Hans Van Ligten

                                                HANS VAN LIGTEN
                                            Attorneys for Defendants PUEBLO SERRA LLC;
                                            PUEBLO SERRA WORSHIP HOLDINGS INC.

12 Dated: April 19, 2006
                                            s/ James A. Coda
                                            JAMES A. CODA, Assistant United States Attorney,
                                            Attorneys for Defendants U.S. ARMY CORPS OF
                                            ENGINEERS; LT. GEN. CARL A. STROCK, BRIG.
                                            GEN. JOSEPH SCHROEDEL, COL. ALEX
                                            DORNSTAUDER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference is continued to September 8, 2006, at 1:30 P.M.

Dated: April 25, 2006
                                            _____
                                            JUDGE OF THE UNITED STATES DISTRICT COURT,
                                            NORTHERN DISTRICT OF CALIFORNIA

Plaintiffs' counsel attests that the wording of this document is acceptable to counsel for the other parties.

[C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\ef006v2 stip2.wpd]

STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION
Civil No. 05 4306 CW                                2